**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                            Case No.  **8:05-cr-103-T-17TGW**

**SEAN TEELUCKSINGH,**

    **Defendant.**
_____/

# O R D E R

The Defendant is again before the court on a petition alleging violation of conditions of pretrial release.  By the petition (Doc. 54), the Defendant has again tested positive for the use of cocaine.  Counsel for the Defendant has waived a hearing pursuant to 18 U.S.C. § 3148.  Information provided to the court suggests that the Defendant is due to report to the Bureau of Prisons to begin serving his sentence on March 20, 2005.  As the court file reflects, the Defendant has, on at least three occasions, violated the terms of pretrial release.  Despite efforts to permit the Defendant to address his drug addiction, he is unable to stop using drugs and accordingly the court concludes that he is a danger to continued criminal activity and is otherwise a risk of flight given the pending reporting date.  All prior orders of release are

VACATED and the Defendant is committed to the custody of the United States Marshal for transport to the Bureau of Prisons to begin his sentence.

**Done and Ordered** in Tampa, Florida, this 17th day of March 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Kelley Howard, Assistant United States Attorney
Wade Whidden, Counsel for Defendant
U.S. Marshal
U.S. Pretrial